1
2
3                    UNITED STATES DISTRICT COURT
4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              OAKLAND DIVISION
6

7 | JOEL FISCHER,                         | Case No. 13-04135 SBA
8 |         Plaintiff,                    | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
9 |     vs.                               |
10| UNITED HEALTH CARE, INC., et al.,     | Docket 13
11|         Defendants.                   |

12

13   IT IS HEREBY ORDERED THAT the Telephonic Case Management Conference,
14 currently scheduled for **December 5, 2013 at 3:00 p.m.** is CONTINUED to **March 6, 2014
15 at 3:00 p.m**.  Prior to the date scheduled for the conference, the parties shall meet and
16 confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible
17 for filing the joint statement no less than seven (7) days prior to the conference date.  The
18 joint statement shall comply with the Standing Order for All Judges of the Northern District
19 of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up
20 the conference call, and on the specified date and time, shall call (510) 637-3559 with all
21 parties on the line.  This Order terminates Docket 13.
22     IT IS SO ORDERED.
23 Dated: 11/22/2013
24                                            _____
                                              SAUNDRA BROWN ARMSTRONG
25                                            United States District Judge
26
27
28