UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOEL FISCHER,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED HEALTH CARE, INC., et al.,<br><br>   Defendants. | Case No. 13-04135 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Docket 13 |

IT IS HEREBY ORDERED THAT the Telephonic Case Management Conference, currently scheduled for **December 5, 2013 at 3:00 p.m.** is CONTINUED to **March 6, 2014 at 3:00 p.m**.  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date.  The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.  This Order terminates Docket 13.

   IT IS SO ORDERED.

Dated: 11/22/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge